# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Larry Love,** | **Civil No. 07-0403 (MJD/SRN)** |
| **Petitioner,** | |
| v. | **O R D E R** |
| **R.L. Morrison, Warden,** | |
| **Respondent.** | |

Larry Love, pro se, Federal Prison Camp, P.O. Box 1000, Duluth, Minnesota 55814

LeeAnn K. Bell, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Respondent

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that Petitioner Larry Love's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

Dated: March 7, 2008

                                                     s/Michael J. Davis
                                                     MICHAEL J. DAVIS
                                                     United States District Judge